**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Janis Brown
                                         NOTICE OF REASSIGNMENT

              -v-
                                         7:08 CV 4357 (SCR)(LMS)


Town of Bedford, et al

------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

JUDGE: Stephen C. Robinson

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 5/20/08

J. Michael McMahon, CLERK

by: _____
       Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO USMJ: Lisa Margaret Smith

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004